RECEIVED

AUG 29 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED

AUG 23 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SMB

(YourSocialFreedom.com & settlements.website)

Travis Duane Huss (Pro Se Plaintiff) &

(Represent) The People Of The World & Myself

Address:
306 Dawes St
Oshkosh WI,54901

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

1:22-cv-04592
Judge Rebecca R. Pallmeyer
Magistrate Judge Jeffrey T. Gilbert
RANDOM

Request Jury Trial Demand

CIVIL CODE. FEDERAL
TORT 360

CASE NO.

**TRAVIS DUANE HUSS & (Represents The People Of The World**
        Plaintiff (Pro Se),
Vs.

USA Group ET. AL

Joe Biden President of The United States of America
The White House
1600 Pennsylvania Ave NW
Washington, DC 20500

FBI- Federal
FBI Headquarters 935 Pennsylvania Avenue, NW
Washington, D.C.20535-0001

COMPLAINT AGAINST THE INHUMANE TREATMENT AGAINST ME AND ALL PEOPLE IN WORLD. TO STOP THE USAGE OF MICROWAVE WEAPONS, ANY DEVICE USED ON ANY PERSON, DNA MACHINES, REMOTE NEARUAL MONITER TO SPY ME, ARREST ALL THE OFFICERS OR PERSONALS INVOLVED IN SUCH ILLEGAL ACTS

1

US SPACE FORCE

Schriever Space Force Base Public Affairs, 210 Falcon Parkway Colorado Springs, Colorado E

US AIR Force

1334 W. Stewart Avenue
Colorado Springs, CO, United States
80916-0000

National Security

: 9800 Savage Rd. Suite 6272 Fort Meade, MD 20755-6000

CIA

1000 Colonial Farm Rd, Fairfax, Virginia 22101
(505) 855-6744

Homeland

245 Murray Lane, SW Washington, DC 20528-0075

ICAC & DOJ

810 7th St. NW, Washington, D.C. 20531

US Military (All Military)

USA Army Headquarters is 441 G St, Washington, DC 20314,

Boeing (using Data relay satellites and as microwave weapon and more)

Boeing World Headquarters

100 N Riverside Plz, Ste 105, Chicago, IL · (312) 544-2000

**AND AWAR ME DAMGES PLUS OTHER CONSEQUENTIAL RELIEF.**

Lockheed

6801 Rockledge Dr, Bethesda, MD 20817

ALLIANCE SECURITY GROUP

1551 N Tustin Ave # 650, Santa Ana, CA 92705

866.877.1965.


Respondents,

---

## Civil Lawsuit & Complaints

**Please address all UNITED STATES OF AMERICA & Contractors & Agencies & States & Allies & All Employees of the government with lawsuit by mail or email that work for you, so everyone aware to stop hurting humanity!**

**Complaint to seek remedies under: International Covenant on Civil and Political Rights (ICCPR), Article 41 of the Vienna Convention on Diplomatic Relations, Foreign Intelligence Surveillance Act, Universal Declaration on Human Rights; Article 12, International Covenant on Civil and Political Rights: Article 17., United Nations Human Rights Instruments, Council of Europe Treaties on Human Rights & the Protection of Personal Data, European Court of Human Rights Case Law on Privacy, Data Protection & the Impact of New Technologies, UN Declaration of Human Rights, UN Convention on Protection of the Child, and The European Telecommunications Directive and the European**

**Data Protection Directive US Data Protection Compliance and Regulations, US Privacy Act of 1974, Gramm Leach Bliley Act Children Online Privacy Act, General Data Protection Regulation (GDPR), and California Consumer Privacy Act.**

Here Comes the Plaintiff, **TRAVIS DUANE HUSS** & Represents the people of The World (Pro Se) submits his assertions before this honorable court to seek the appropriate remedies under the applicable laws and procedures:

Confidential Complaint ( If you read, listen, or see any part of this complaint and leaks out, or if any person copy's this complaint by reading or rumor by mouth, or mind to mind or any communication is in violation of invasion of privacy, or copying, they can be sue by above name Travis Duane Huss for copying ideas, which is his alone, Which he will seek damages, this also for any news company, or any person reading this document or any document filed under this case or any case under Travis Duane Huss and The people of World. Which you can be sue for any mount for copying which can be subject to lawsuits over 999 quadrillion US dollars.

1. **We ask your Country to send this complaint to every state officials, all federal contractors, congress, allies of the USA and anyone and I mean anyone that receives paycheck from your Country of USA, since this is a Cease-and-Desist**

4

operation. **EVERYONE IN YOUR COUNTRY RECIVES ANYKIND OF MONEY MUST GET THIS CEASE-AND-DESIST COMPLAINTS AND LETTERS. SO, THEY STOP ATTACKING ALL HUMANS ON EARTH and spying on them threw devices, threw their eyes, and any camera that can see through walls or in any one property at any time,**

2. **You must E File everyone in your state signed paper stating they got this, and they will stop attacking humanity! If you do not submit signed paper by every government employee in your state means your state is breaking law and they are willing hurt humanity and American citizens. This must be signed stating they will cease and desist, or they will not! In 30 days of this letter!**

3. **YOURSOCIALFREEDOM.COM OR NAME TRAVIS DUANE HUSS WILL GET 999 QUARDILLION DOLLARS A DAY AND TRIPLES EVERYDAY plus any suffering pay on top this for every human acts not followed in cease-and-desist complaint, if you do not stop spying, and doing human experiment's and attacking innocent people around the World. I SUGGEST START EMAILING AND MAILING!!!!!! YOU MUST SHOW YOU SERVED EVERY state and government employee or contractor in your state, If you fail to do so, humanity will keep getting hurt every minute, and blood, and deaths is on YOU. This is serious, Please e-file every mailing with signed paper from all state employees signing they will stop all in this and all undercovers, and federal if they are working in your state or**

**they must cease operation in your state. Even if you say this is fake you still must get everyone in your state that receives a paycheck to see complaint and sign off, stating they will stop attacking, & spying threw people eyes and outside camera and if they will not they be subject money damages and mass jail to prison time.**

## I.   Parties, Jurisdiction and Venue

4.   Plaintiff Travis Duane Huss is and was at all times relevant hereto a resident of the State of Wisconsin. All the events, actions, debts subject to this complaint have occurred in all states of USA, and around the World.

5.   Plaintiffs for the People of World is and was at all times relevant hereto a resident of all different states of USA, and countries around the World. All the events, actions, debts subject to this complaint have occurred around the World. (Which there will be billion of people joining this in coming years or sooner.)

6.   Defendants are at all times relevant hereto are government functionaries, officials and residents of the States of USA having their operating offices in this States, and Federal governments, and World governments as allies with the USA, and Secret societies of many know one big one is illuminati.

7. The Venue is proper in this proceeding, and which with all states of The USA and World Countries.

6

8. People State all around the World these attacks are coming from USA and USA STATES.

9. **The complaint will be continued in e-file since its thousands to millions of pages and exhibits.**

10. **We ask for jury Civil Trial**

11. **We ask for motion hearing right away to cease and desist any activity of this weapon, and invasion of privacy on any person in the World forever and during this trial process so we have right to a fair trial.**

12. **We ask time to e-file millions of documents before trail against any state or country.**

13. **We ask as soon you read this complaint, we ask your state or country to cease and desist any investigations, sting operations, all weapons with microwave, remote, experiments, of any kind weapon or tech enters person property, or inside human or animal they own and all nas, and spying from person eyes or any device till this trial is done, also forever until this machine is turn over to Travis Duane Huss the leader of the resistance that will turn this machine off, or make it suitable for mankind use in the future. If you do not YourSocialFreedom.com will charge your state, country, allies, and any contractor or person involved 999 USA quadrillion dollars a day per person or state, or allies, or business involved. If you still avoid turning off, or not ceasing any operation, this amount will double daily to company of YourSocailFreedom.com or owner of Travis**

**Duane Huss, plus any suffering, and you accept jail and prison time by breaking laws.**

## II.    Standard to review the pleadings of pro se litigants:

14.    Plaintiff's is a pro se litigant and has not hired an attorney due them all being attacked from microwave weapon making them sick and scared take job due threats and bribed! Thus, as far as the pleading standard of Pro Se litigants is concerned, she is always entitled to a less stringent view by the Honorable Superior Courts. Which even when this case is heard in the Courts, the judges are hired by the State and Federal which they could be bribed, or threaten threw their mind, job, or family. They also might not give fair trail due them being paid by the state or federal due them being scared due this lawsuit arrest everyone in the country and making them all lose their jobs! Pro Se litigants are not supposed to be jurists hence their pleadings are entitled to a kind and lenient standard of review by the courts. This is held time and again in the judgments of the apex courts, some of them are quoted as under:

"Reference cases that all been attacked from this microwave weapon, DNA signature, Remote neural monitoring and any device hacks device or person mind or body!

Aby vs. Cambridge Health Alliance
Aby v. City of Cambridge
Akmal v. City of Kent
Athans v. Starbucks Coffee Co.
Ayres v. Obama
Bacardi Corporation of America v. Domenech
Banks - In Re Banks
Banks v. An Unknown Named Number of Federal Judges and U.S. Covert Government Agents

Banks v. Ben
Banks v. CIA 2013
Banks v. CIA 2014
Banks v. CIA 2016
Banks v. Corr. Corp. of Am.
Banks v. Dictorate, Science & Tech Ctr. (CIA), et al.
Banks v. Dictorate, Science & Technology Ctr.
Banks v. Hornak
Banks v. Jackson
Banks v. N.Y. Police Dept.
Banks v. New York Police Dept.
Banks v. NY Police
Banks v. NYPD
Banks v. Pivnichny
Banks v. Pope Francis
Banks v. Toe
Banks v. U.S. probation Dept. for the West. Dist Penn
Banks v. Unknown Named Number of U.S. Postal Inspectors, et al.
Barkhurst v. Clackamas City
Beverly v. Watson
Blue Mountain School District v. Snyder, et al.
Boyce v. Great W. Bank
Brodzki v. City of N. Richland Hills
Brodzki v. Clear Channel Communs.
Brodzki v. Ill. State Patrol
Brodzki v. Mont. State Patrol 2011.03.03
Brodzki v. Mont. State Patrol 2011.04.11
Brodzki v. Shannon
Brodzki v. Tarrant County DA
Brodzki v. Texas
Brodzki v. United States
Brodzki v. United States 2012.01.12 rev
Brodzki v. UPS
Brodzki v. Weiss
Brown - Younger v. Nevada
Brown - Younger v. U.S. Govt.
Brown v. Clark Cty Soc Servs
Brown v. Dillman
Brown v. FBI

Brown v. Nevada
Brown v. Parker
Brown v. Salvation Army
Brown v. United States DOJ
Brozzo v. U.S. Dept. of Education
Brozzo v. U.S. Dept. of Education 2016.09.09
Butters v. Herbert
Cain v. Atelier Esthetique Inst. of Esthetics, Inc.
Cain v. City of Ventura 2011.07.07
Cain v. City of Ventura 2011.09.21
Cain v. Obama
Cain v. St. Joseph Hospital
Campbell v. NSA
Carrasco v. U.S. Gov't Justice Dep't Strike Force
Caterbone v. National Security Agency
Caterbone v. NSA 2017.03.28
Caterbone v. U.S. President Donald Trump
Chambers v. Webster
Cheaton v. CIA
Christiana v. United States, et al.
Cooper v. N.C. State Bd. of Elections
Cortina v. United States
Cortina v. United States
Cossio v. Castro
Crawford v. AT&T
Edmond v. United States
Edye v. Robertson
Ehlers v. CIA
Ezike v. Na. R.R. Passenger Corp.
Fischer v. United States
Foggy v. United States Gov't.
Foster v. Duval
Frederick Banks Fed. Reg. # 05711-068 v. C.I.A.
Frederick Banks v. Dir. Off of Sci. & Tech, Behavioral Modification Unit
Frederick Banks v. McCafferty
Frederick Banks v. NYPD
Frederick Banks v. Orlando
Frost v. Vasan
Gamache v. FBI

Gamache v. United States Fed. Govt.

Gamache v. Unknown

Gamache v. Various Unknown Individuals Employing Mind Altering Devices

Gardenshire v, Fishman 2018.02.15

Gibson v. NSA

Gloucester County School Board v. G.G. &mom

Gomez v. Fresno Police Dept.

Gomez v. Los Angeles DOJ

Grady v. United States DOD

Hairston v. Cheney

Hale v. FCC

Hale v. Towaliga District Attorneys Office, et al.

Halpern v. FBI

Hammock v. NASA et al.

Hauenstein v. Lynham

Hull v. Free Masons

Hundall v. U. Texas El Paso

Hundall v. U. Texas El Paso

Il Sun Jung v. Bloomberg

In re Richard P.

Jacobo-Melendres v. Sessions

Jenkins v. Temmessee

Jones v. North Atlantic Treaty Org

Jordon v. Tashiro

Jung v. Panetta

Kaminsky v. NSAA

Kevork In Re Kevork

Kinney v. Atlanta Police (In re)

Kolovrat v. Oregon

Krlich v. City of Hubbard et al.

Labella v. FBI 2008.05.08

Labella v. FBI 2009.10.05

Labella v. FBI 2012.02.09

Labella v. FBI 2012.02.09ver

Labella v. FBI 2012.03.19

Lampon-Paz  v. Unknown Party

Larson v. Ethier

Lasar v. FBI

11

Latronica v. Halfhill
Lear v. Seattle Hous. Auth
Marchand v. Simonson
Marshall v. Green
Marshall v. Simpsom
Mayfield v. United States
McCorkle v. Ameritech
McGinnis v. Freudentha
McMahon v. Johnson
McMahon v. Johnson
Mendes v. United States
Meserve v. United States DOJ
Mettlen v. Kaste
Mimms v. Becerra
Mira v. Kingston, et al. 2017
Mira v. Media et al
Mitchel v. City of Elgin
Mitchel v. United States
Mitchell v. United States
Mohamed v. Holder 2011
Mohamed v. Holder 2014
Mohamed v. Holder 2015
Moore v. Delaware
Nace v. Pennridge Sch. Dist.
Nat'l Sec. Counselors v. CIA
Nazer v. FBI
Nazer v. United States
Oberuch v. Butler County Mental Health Bd.
Opheim v. Opheim
Pak v. Recio
Palacz v. Vill. of Harwood Heights
Price v. Equinox International/Vitasalus
Ransom v. Microsoft
Reid v. Mabus
Robinson v. Attorney General of U.S., et al.
Robinson v. Brannon
Roman v. CIA 2012.12.11
Roman v. CIA 2013.01.18
Roman v. NSA 2009.02.09

Roman v. NSA 2012.02.22
Schindler v. Macy's Retail Holdings, Inc.
Shelden v. Dept of Justice
Shelden v. United States
Shelton v. Crookshank 2017.11.17
Shelton v. Crookshank 2018.01.24
Shibuya v. George Washington Univ.
T. Rowe Price Servs. v. Frederick Banks
Taggart v. Office of Insp Gen.
Tansey v. City of Keller
Tansey v. Salomone
Taylor v. Obama
Taylor v. Obama Admin
Taylor v. Obama Admin ver
Terry v. NSA
Tew v. FBI
Tew v. Federal Bureau of Investigation, et al.
Tew v. Yahoo, Inc.
Thompson v. DS Water
Toro v. City of New York
United States v. Banks
United States v. Blagojevich
United States v. Mailloux
United States v. Reynolds
United States v. Richards
United States v. Williamson
United States v. Williamson
Walbert v. Wichita Police Dep't
Watkins v. United States Postal Service 2017.09.01
Watkins v. United States Postal Service 2017.10.12
Watterson vs. Aro
Weinstein v. CIA
White v. Department of Defense 2012 (FOIA)
White v. Department of Defense, et al. 2009 (FOIA)
White v. Regents of the University of California, et al. 1998
White v. Regents of the University of California, et al. 1998
Wilson v. NSA
Yang v. DEA

"[W]e hold pro se pleadings to a less stringent standard than formal pleadings prepared by lawyers."). Ashelman v. Pope, 793 F.2d1072, 1078 (9th Cir. 1986).

The Supreme Court has instructed federal courts to liberally construe the 'in artful pleading' of pro se litigants. Eldridge v. Block, 832 F.2d 1132,1137 (9th Cir. 1987).

A pro se pleading is held to a less stringent standard than more formal pleadings drafted by lawyers. Estelle v. Gamble, 429 U.S. 97, 106, 97 S. Ct. 285, 50 L. Ed. 2d 251 (1976)".

"The court must accept as true the well-pleaded factual allegations in a complaint and draw all rational inferences in favor of the plaintiff in assessing a motion to dismiss for failure to state a claim. *Hishon v. King & Spalding,* 467 U.S. 69, 72, 104 S. Ct. 2229, 2232, 81 L. Ed. 2d 59 (1984); *Porter v. DiBlasio,* 93 F.3d 301, 305 (7th Cir. 1996)."

"*pro se* complaints must be liberally construed. *Estelle v. Gamble,* 429 U.S. 97, 106, 97 S. Ct. 285, 292, 50 L. Ed. 2d 251 (1976)."

"Courts must ensure that the claims of *pro se* plaintiffs are given "fair and meaningful consideration." *Matzker v. Herr,* 748 F.2d 1142, 1146 (7th Cir.1984)."

"**President Clinton is the only President 'on the books' who tried to specifically address TI's related issue**, namely his March 27, 1997 Memorandum/ Administrative Order, "Strengthened Protections for Human Subjects of Classified Human Research", [Federal Registger, May 13, 1997, pp. 26367-26372], which attempt to institute a government-wide Ban on Non-Consensual U.S. Classified Human Research, appears at:         http://fas.org/sgp/clinton/humexp.html .

His March 27, 1997 administrative order adopted a major Recommendation of a blue-ribbon panel of Government Experts [ACHRE].
    Kenneth Feinberg was on that Committee. [He later was Head Arbitrator/Mediator for the Sept. 11, 2001 Terror Victims fund, and also the Gulf of Mexico oil spill, from the April 2010 Deepwater Horizon Oil rig Spill ].
    Jonathan Moreno was among the Staff Researchers [a Senior Policy and Research Analyst], and wrote some books mentioning inadequate legal protections from classified human research.

        The October 1995 final Report of the federal Advisory Committee on Human Radiations Experiments [ACHRE], which is cited in each of:   Senator Glenn's S.193 (105th U.S. Congress),  and, President Clinton's March 27, 1997 Administrative Order;,  including Recommendation 15 (which includes their recommending "the adoption of a federal policy  requiring the informed consent of all human subjects of classified research and that this requirement not be subject to exemption or waiver"), appears at:
        https://ehss.energy.gov/ohre/roadmap/achre/report.html , with Recommendation 15 appearing at:
        https://ehss.energy.gov/ohre/roadmap/achre/chap18_3.html .]


Current status:
    in Summer 2015 U.S. Dept. of Energy made a legal finding that Clinton's Administrative Order was (then) still of legal effect.

     A U.S. Dept. of Energy Memo also stated that the Clinton Memo ordered policy changes were on the 'to do list' for OHRP - HHS Office of Human Subjects Protections, which coordinates, but which DOES NOT dictate, changes in federal policy, concerning Human Subject Protections.
    In November 2019, the U.S. Dept. of Energy adopted the Clinton Memo requirements, through Agency Policy Directives [but not in C.F.R. - Code

of Federal Regulations], which it had begun to adopt through Directives in January 2016. [ https://fas.org/sgp/othergov/doe/n443.1.pdf ]

On January 19, 2017, the 'Revised Common Rule' revision of the Federal Policy for the Protection of Human Subjects was issued.  It was the 1st major revision of the Federal Policy for Protection of Human Subjects in 25 years, since the Common Rule joint-policy was first adopted in June 1991.

The revised Policy followed 2 Public Comment periods, in 2011, and 2015(-Jan. 6, 2016), during which victims participated [about 25, and 99, Public Comments, respectively, from about 80 - 85 unique victims (or victim spouses) total].

In issuing the New Policy,  U.S. Government conducted what amounts to a Criminal Manipulation or Abuse of the federal rulemaking process, when they gifted to themselves a Grandfather Clause, in the Revised Common Rule (of January 19, 2017), whereby Ongoing Human Research projects or even previously approval proposals (in the possible absence of any actual research or any actual human subjects yet enrolled!), before January 19, 2019, for which a U.S. Department or Agency Head granted a Waiver of all or part of the Common Rule, including Informed Consent [that is, where Informed Consent was among the parts of the Common Rule which were Waived], could continue INDEFINITELY [potentially 'forever', that is, potentially - heaven forbid! - for the lifetime of the Non-Consenting Victim/Human Subject, under the original Common Rule.

This Grandfather Clause violated the normal requirements of federal rulemaking, because it was not proposed in the original proposed rule [the NPRM - Notice of Proposed Rulemaking - of September 8, 2015], and it can in no way be contemplated or reasonably be 'reached' by any proposal or statement in the NPRM.

Enacting that 'Grandfather Clause' was/is a regressive action, and it is contradictory to the proposed NPRM, in that:

- the purpose of this particular federal rulemaking, as explicitly stated in the NRPM, as well as in the preceding July 26, 2011 ANPRM - Advance Notice of Proposed Rulemaking, was:

"to better protect human subjects involved in research, while facilitating valuable research and reducing burden, delay, and ambiguity for investigators".; and,

- one of the most major improvement in the Protection of Human Subjects as contained in the NRPM, was imposing a '1st time ever' restriction of Agency/Department Head Waivers of all or part of the Common Rule, at Common Rule part 45 CFR 46 101(i), whereby any Waivers under the Revised Common Rule would be restricted such that:

16

"the alternative procedures to be followed [must be] consistent with the principles of the Belmont Report." and

"The waiver notice must include a statement that identifies the conditions under which the waiver will be applied and a justification as to why the waiver is appropriate for the research, including how the decision is consistent with the principles of the Belmont Report."

For the U.S. Government to enact this Grandfather Clause is like saying: 'we had proposed restrictions upon Waivers because the original Waiver clause (.101(i)) enabled an absence of accepted Human Subjects Protections standards'. 'However, the Final Rule has adopted apathy toward the rights and well being of Human Subjects of Ongoing Human Research Projects [including Non-consensual human research] which are being conducted under the original Waiver Clause, and the Final Rule has decided that such un-protective research may go on and on, even indefinitely (for months, or years, or decades).'

[ The (three) explicitly enumerated basic ethical principles of the Belmont Report are: Autonomy [and Respect for Persons]; Beneficence ['do no harm']; and, Justice [equitable distribution of the burdens and benefits of the human research].

Informed Consent in incontrovertibly required by the 1st basic ethical principle of the Belmont Report [respect for the Autonomy of persons].

Also: Any significant denial of the liberty or the security of one's person is a denial of Beneficence - the enjoyment of liberty and the security of one's person are among the most basic 'good things in life' [that is, 'one's body is one's own, and each human being has a right to feel unencumbered by physical impositions upon their body].

Justice - in the sense described in the Belmont Report - is denied by any research which condemns any individual human being, or group of human beings, to being society's 'designated sufferers, month after month, or [heaven forbid!!] year after year, of a particular research intervention, upon their physical human body (or brain), in an effort to acquire scientific data or scientific knowledge'.
]

After a 1 year delay, the Revised Common Rule went into full after on January 19, 2019 [over 1 and 1/2 years ago].

**We victims have been told by multiple lawyers who are experienced in having conducted federal rulemaking challenges, that we victims have a high likelihood of having a Court hold that the Grandfather Clause is illegal.** And we also have some likelihood that

17

we could obtain a favorable ruling about the Revised Common Rule or any Common Rule being Unconstitutional if it allows or encourages federal-jurisdiction Non-Consensual Human Research involving physical interventions [including electromagnetic weapon, or any means] upon the physical human body of Human Subjects without providing Notice and Procedural Due Process, as are required by the 5th Amendment, and the 4th Amendment, to the [our] U.S. Constitution.

Estimated cost:  about $30,000 - $40,000+ for an experienced lawfirm to (Research and Develop and) file a federal rulemaking challenge, and perhaps some follow-up to the filing of the Complaint to federal Court [probably the D.C. Circuit]."

" I have also found over thousands of cases of Set up crimes on people in prison over dreams, and found out DNA did not match due it was a SET UP, People had DREAMS IMPLANTED IN PERSON.

"Brandon Rodriguez was placed in custody on Aug. 5, 2021, and entered Rikers Island with the Department of Correction aware that he suffered from depression, bipolar disorder, and multiple sclerosis WHICH IS defined as microwave weapon attack ( cruel torture in jail and prison) Which Then Cop informants or jail informant kill him jail with microwave weapon attack, They contact jail or police in their heads called voice to skull which in terms of government is hidden radio to tell them walk away or let person get hurt or kill for what project team lead. Person of microwave weapon desires, which they are called FBI or Drugs Units or ICAC or know as Projectionist's

" Ada, Oklahoma, between 1982 and 1984.[4][5] The cases examine the potential false confessions of Ron Williamson, Dennis Fritz, Tommy Ward, and Karl Fontenot. Where these 2 people were microwave attacked by dreams in their mind to make them think they were there, and then they said, story of dream they had got lock up on Dreams"

Therefore, in the light of the above-mentioned judgments, the plaintiff as a Pro Se litigant is entitled to a lenient review of his pleadings and seeks the kind favor of this honorable court.

## III. ALLEGATIONS BASED ON FACTS ESCALLATING THE CONTROVERSY

15. That the plaintiffs is before this honorable court to submit his assertions against the violation of my human, constitutional, fundamental and universal rights, violating my freedom of speech, movement, liberty, carrying on day to day activities, doing lawful business and engaging in a lawful trade.

16. The defendants have acted prejudicially and unethically against me by not allowing me a right to live freely.

17. That the defendants including government and its agencies are using microwave weapons on any human in the World. Thus, this lawsuit is filed to seek the assistance of this honorable court and intervention of law to arrest people in government. Which IS John DOE (Which means Each state after a John Doe is filled they have 30 to 60 days to arrest all state and Federal government personal that get paycheck due mass corruption and conspiracy with 5 or more hired under the business or organization.

18. This is a small list of companies and people doing and more to be amend on it or exhibits to be added.

19. Deep State Organizations
    Infragard        (Known TERRORIST ORGANIZATION, as designated by TargetedJustice.com) www.Infragard.org
    Citizen Corps    (Known TERRORIST ORGANIZATION, as designated by TargetedJustice.com) https://www.ready.gov/citizen-corps
    Tailored Access Operations (TAO)   (Known TERRORIST ORGANIZATION, as designated by TargetedJustice.com) www.NSA.gov
    Council on Foreign Relations (CFR)   www.CFR.org
    World Affairs Council (90 city offices)  www.World-Affairs.org
    Trilateral Commission   www.Trilateral.org
    Bilderberg Summit  https://bilderbergmeetings.org/
    Fusion Centers (currently 78 offices)
    Office of Emergency Management (many)

**Mainstream Media (CIA Project Mockingbird)**
**Democratic National Committee (DNC)**
**AIPAC (American Israel Public Affairs Committee)**
**Clinton Foundation**
**Rockefeller Foundation**
**Bill & Melinda Gates Foundation**
**Federal Reserve**
**Bohemian Grove**
**Centers for Disease Control (CDC)**
**Federal Communications Commission (FCC)**
**Central Intelligence Agency (CIA)**
**Office of the Director of National Intelligence (ODNI)**
**Federal Bureau of Investigation (FBI)**
**Terrorist Screening Center (TSC - FBI)**
**Department of Justice (DOJ)**
**Defense Intelligence Agency (DIA)**
**Federal Emergency Management Authority (FEMA)**
**National Institutes for Health (NIH)**
**Security Alliance Group is biggest security company around World**
**Spying and using this tech!**
**Antifa**
**Democratic National Committee (DNC)**

20. That the plaintiffs is of the view that anyone can obtain a remote viewing (The FEED) from thoughts, and videos from mind (memories) that are produced from the eyes showing proof of mass human rights violations. Plaintiffs am trying to work out deals for all people in the World. The reason I got this deal is that I started a company called ProtectYouPrivacy.com that did sting operations against governments, and I was tortured since I was born and still is with million people around world, and every single human memories and live video being record from our eyes along with thoughts, emotions, feeling, touch, movement and more in World databases in your state or country.

21. That the plaintiffs also found out that every person in prisons around the world has been SET UP on crimes, and also had right remain silent revoked, with the right to fair trial. Which, I found a way out for all prisoners, and I'm in the progress of making deals for all government officials to go to prison or rehab centers with verbal informants in states and federal around the World that went overboard attacking me! They try tell me they were going turn on each state, but they have not and still attacking innocent civilians and people in my family, and some held under false imprisonment, with threats and brain control leading them do un humane actions to Travis Duane Huss that brings this case public to the public eye to declare freedom, and surrender of all States and Federal under these cruel action under mankind. This will turn into lock or lock-in for homes for everyone in the near future, with release of all innocent prisoners of the World, and surrender of all government personal and party to with these actions, Remote Viewing from our minds will be proof to lock up all government officials around the World, and Illuminati. This will take the world to the verge of collapse.

22. It is the right of every individual to not to be spyed on our control humans like we are robots or enslaved and do illegal experiments', They state from witness the government is planning us all to die in world in year

21

of 2045 to transcend into hologram as they state on the website in 2045.com states where all humans evolve or forced into holograms or simulation know as Judgment Day which means you die and give up your body's Right. I have secure many deals verbal with informants around the World. To make deals with any government person deems necessary to achieving to free the people of the World that leads to truth, and more freedom deems necessary to future of mankind. Some of these informants can be with Illuminati, President of The United States, Cia, FBI, Homeland, police, Drug units, science test, companies, universities, Judges, and any government personal or any government alliance or government corrupted with them.

23.    This also leads to many arrests with video memories from our minds with victims coming forward. This deal secures a way for everyone that has broken laws, and victims. Also, they did the invasion of privacy on every person in World which could lead to dismissal of charges and void the right to remain silent by seeing memories before they were charged, questioned, and subject to the fair trial. This is not acceptable for any government personal around the World due them doing crimes with personal and involved in high crimes to humanity. The People of World Demand Justice and Freedom, due you are being hired as State, or Federal or allies of the USA or Fake allies of USA you will have option to surrender, or

this is act of War with the People of World for these in human crimes to humanity. This is a Cease and Desist of all investigation's, sting operations, and use of microwave weapon, Remote neural monitoring, and DNA signature, and any device can read person mind or body or in their homes, You must send this complaint to every government personal saying they will stop these crimes against humanity.

24. We are in the progress-making program to scan who had rights violated by illegal experiments. I'm in the progress of trying to work on a deal with every country to FREE all the prisoners in World due mass human right violations that control them to do crimes, and spyed during crime. Which person has no control when they do a crime by this microwave weapon that can control the mind, thoughts, and everything person does.no more electronic torture, a fair deal for all of us, and government officials in rehabilitation centers. Which releases everyone in a short time to have lock in their homes instead of prisons or rehab centers.

25. That the defendants (governments) recorded all humans everyday life from our eyes in first-person view or outside camera where it can be seen from anywhere in the World on an illegal broadcast. This is evidence and informants state that all our memories are on illegal broadcasts to all world government officials and to certain high rich people known as Illuminati across the world, who have a global alliance with them known as secret societies and allies and almost every World Country has our personal life.

26. Right give Travis Duane Huss the company's known as Remote Viewing to give everyone their memories, thoughts and everything they have stored in all government databases and to be transferred to the company Remote Viewing bank which he in progress of making to secure everyone life in future of mankind, If this fails mankind as we know will fail and World War Will start and Ending of all we know will end!. Each person must sign up on Remote Viewing and agree to the terms before transfer (which more info be given on YourSocialFreedom.com when and where the domain address how to get your lawsuit claim and data from your mind to view your memories and thoughts from the government in this lawsuit). You must verify information about yourself and agree to download your memories, thoughts, and more info from the governments. Which also you agree Remote viewing to hold your memories, thoughts, more info, and future memories held in memory bank know as Remote Viewing safe for you and won't expose your info. Once you download it the government, the government agrees to delete it from their database and not watch or control any human again! Which then you give permissions to remote viewing to hold your memories, and your personal info.

27. The defendant tried to suppress my voice and tried to block my fundamentally accepted right of producing evidence that's why I have been subject to an unfair discovery procedure and trial.

28. The plaintiff is entitled to seek the remedies granted to him under the appropriate laws and regulations and liable to be compensated against the emotional distress, bad faith, and unfair treatment.

29. The defendant has been violation my rights under section 42 USC 1983 and is liable for discrimination against me and violating my right of due process.

30. The plaintiff has a long list of litigation and seeking his remedies against the original defendants. But the defendants has made it very difficult for the plaintiff to seek his appropriate remedies and to pursue his rights granted to him under the Constitution of the USA.

## COUNT 1:

## PREJUDICE

31. Plaintiff incorporates as if fully restated all the allegations previously written, mentioned, pointed out by the Plaintiff.

32. Defendants engaged in professional malpractice and coercive tactics against the Plaintiff through the biased, discriminatory, derogatory, and prejudicial conduct.

33. Thus, the plaintiff is present before this honorable court and seeks appropriate remedies available to him under the law.

## COUNT 2:

## Violation of rights granted to the plaintiff under Title 18 Sections 241, 242 of US Code

34. Plaintiff incorporates as if fully restated all of the allegations previously written, mentioned, pointed out by the Plaintiff.

35. Defendant's conduct was not right throughout the trial towards the plaintiff. The plaintiff was subject to inhuman and unfavorable treatment.

36. Thus the plaintiff is before this honorable court to seek his remedies.

## COUNT 3:

## Human Rights Violations:

37. Plaintiff incorporates as if fully restated all the allegations previously written, mentioned, pointed out by the Plaintiff.

38. Defendant's conduct was not right throughout the trial towards the plaintiff. The plaintiff was subject to inhuman and unfavorable treatment.

39. Thus, the plaintiff is before this honorable court to seek his remedies.

40. Due to defendants conduct and illegalities the plaintiff has been subject to Section 2- Bio Implants in body and mind (wireless) and suffered from:

A. Memories

B. Dreams

C. Simulation

D. Near-death experiences (after death)

E. Visualization

F. Drawing imprinting

G. Mirroring Effect

H. Control the temperature of your body and room

I. Drugs use

J. Food Addiction

K. Ways they killed people

L. Controlling emotions

26

M. Controlling thinking pattern

N. Smells

O. Vision

P. Sound

Q. Touch/ Pain in the body

R. Verbal commutation Force talk

S. Force body movement (guiding)

T. Sex

U. Not a fair trial and torture during the trial

V. Force buying stuff

W. Exposure

X. Deep state

Y. Special powers

Z. Switching minds with other people, animals, or robots

## COUNT 4:

## Human Rights Violations:

41. Plaintiffs incorporates as if fully restated all of the allegations previously written, mentioned, pointed out by the Plaintiff.

42. Defendant's conduct was not right throughout the trial towards the plaintiffs. The plaintiffs was subject to inhuman and unfavorable treatment.

43. Thus the plaintiffs is before this honorable court to seek his remedies against:

27

Simulation – is a full effect where you're really there and feel the whole experiences such as:

- Done in the mind
- Done on all physical space
- Done outside eyelids
- Done on eyelids
- Done in dreams
- Testing simulation (in the hard drive)
- Testing simulation in mind with a machine
- Testing simulation in dreams
- Dreamscape movie is proof they can do this

### a. Near-death experiences (after death)

- Astro projection
- Seeing the light and going in it
- Being stuck in the dark
- Mirror World is like looking at yourself or others in real-time
- Tells you to change your life or change bring you back if chosen
- Some people die and are stuck walking earth in hologram form
- Some people capture by hard drives or other alien species in-universe that could be good or bad or God as an alien. You could be anywhere transferred to another realm or just make you think it.
- You can wake up dead, and be reborn again and again, in different simulations never way out as an experiment

**b. Visualization (think or picture or say which is drawn with the mind) (which is construct)**

▪ When you think or see a picture or think of an object or a person this will all appear in the mind or in dreams or physical space or on a computer

▪ You can picture any person and they will appear in a visualization box or imagination box (which is made by the government) which leads to identity theft making your mind think the person is there and real (which has led to false arrest in prison, and mass set up by the governments around the World) They also made people think they did stuff and really there was no one there)

▪ This makes people do false testimony, and defendants think they did wrong when really they did not. Testimony is not reliable and they can make say, believe or force talk anything in court

▪ They can even make the Jury all think, feel, or say guilty which is not a fair trial.

- Copyright of anything
- Trademark of anything
- Holograms (known as UFO encounters, ghosts, evil, or God spirits, or real people, dead people) holograms are construct images
- Hallucinations in drugs increase when you use drugs
- Hallucinations in the elderly known as dementia
- Holograms and even mental illness are all fake made by this weapon
- Making all vision, and reality different filters, glitches and hard see
  **c. Drawing or imprinting (in mind and out of mind)**

- Making pulse imprints left behind which leaves clues to be found in:
- In your home
- In photos
- Videos
- On fabrics imprints or change color or design
- Change wood patterns
- Concert patterns
- Change patterns on any physical space without normal eye noticing
- Physically can change anything anywhere to make your mind think it and really change physical property by the proton and atoms

### d. Mirroring effect

- They can mirror the outside world around you on any physical property
- A camera on the outside in 3d mapping (seeing anywhere on your property)
- Mirror on your eyelids (like tv, I witness)
- Radio waves outside your eyelids that produce a video when moving in waves (like cartoon books, or movie strips)
- See objects
- Play games
- Looking in the mirror seeing stuff not there
- Seeing threw walls and into other rooms
- Cartoons/ anima on walls on objects
- Looking at the TV and changing picture and even picture with it off
- Some people can jump into the pictures known as simulation experiments, TV, or any object that simulation

30

- Mirroring over eyes changes everything in physical space.
- Night vision of the world anywhere
- Memories they choose or you choose
- Fake memories
- Movies
- Shows
- Any kind of camera effect on the eyes, in the mind, or on any physical space
- They can do this on eyelids, air, and any physical property, in the mind known as simulation (see section simulation)
- They can mirror anything they want on any physical property and in physical space in your mind.

### e. Control the temperature of your body and room

- Change body hot
- Body cold
- Body cold spills or hot spills
- High fevers
- Room temperate can change (see section climate control)

### f. Drugs use

- Increase drug use addiction and caving
- Addiction in smoking and craving
- Alcohol addiction and craving
- Increase sensation in drugs and alcohol and prescription
- Increase body, mind, feeling, and thought during use

31

- (Some bad and some good) some people get used to it and can't tell and some people get tricked in the mind to like the sensation but really it's bad.
- Addiction to pills and any drugs.
- Controlled more and easier by mind control experiments
- Overdose
- Suicidal

## Count 5:

## Gross Disregard of Fundamental Human Rights

44.    Plaintiff incorporates as if fully restated all of the allegations previously written, mentioned, pointed out by the Plaintiff.

45.    Defendant's conduct was not right throughout the trial towards the plaintiff. The plaintiff was subject to inhuman and unfavorable treatment.

46.    Thus the plaintiff is before this honorable court to seek his remedies against:

**b. Food addiction**

    A.  Increasing food habits fill in addiction

    B.  Eating more

    C.  Thoride suddenly changes or controlled

    D.  Gain weight/ lose weight

    E.  People threw up to make themselves not eat

    F.  This machine can make you vomit

## Count 6

## Substandard facilities and spying

47.     Plaintiff incorporates as if fully restated all of the allegations previously written, mentioned, pointed out by the Plaintiff.

48.     Defendant's conduct was not right throughout the trial towards the plaintiff. The plaintiff was subject to inhuman and unfavorable treatment.

49.     Thus the plaintiff is before this honorable court to seek his remedies against:

**Controlling emotions (This matching can mimic or copy any emotion) Mental illness**

- Sick (any kind)
- Fever (high temp)
- Panic attacks
- Paranoid (anxiety)
- Gut (acid reflux)
- Happy (feeling yourself and Free)
- Energized (ADHD or ADD)
- Sad
- Mad
- Angry
- Not focused
- Daze out
- Not organize
- Hurt someone
- Switching emotions (bio polar people switch or fight it projection)
- Break stuff

- Sexual (Tingley feeling a lot
- Sexual (addicted to porn or addicted to sex or mass masturbation)
- Addiction
- Gambling
- Striper problems

**False beliefs in different gods, and that lie about the truth**

**Every mental illness could be copied from one person to another or made in a lab and put in person on experiments**

**Controlled thinking patterns (Mind controlling)**

- Seeing Thoughts
- A program that's reads bad thoughts or crimes on screen
- feeling other people in us and changing our timeline and behavior
- Switching thoughts
- Putting women's emotions in men to make them bi or gay or transgender
- Putting men's emotions in women to make them bi or gay or transgender
- Thinking like a girl makes bi or gay or transgender
- Thinking like a guy makes bi or gay or transgender
- Crossdress experiment in 1970 and still today
- Implanted thoughts
- Erase thoughts
- Depress thoughts

- Stuck on thoughts
- Repeating thoughts
- OCD must have to do
- Impulse disorders
- Bio polar is from this, which us fighting these machines going back and forth
- Behavior patterns change
- Testing mass killers
- Testing mass rapist

Defendants can make you think anything or change your thought process at any time (makes you think is this you or them) how do you really what thoughts are yours them) Any thought that enters the body could be them or us, unsure if we are all in total control, but there are patterns in what group you are in for the experiment. You can control people 100 percent like the Show the Feed, Divergent movie shows humans can be turned into a robot and see from our eyes. Our Thoughts control all moments if are done correctly, if their screen does not show all calculations this means they are hiding stuff or not all way upgraded yet.

## Count 7.

### Unhealthy Living Standards:

50.     Plaintiff incorporates as if fully restated all of the allegations previously written, mentioned, pointed out by the Plaintiff.

51.     Defendant's conduct was not right throughout the trial towards the plaintiff. The plaintiff was subject to inhuman and unfavorable treatment.

52. Thus the plaintiff is before this honorable court to seek his remedies against:

**Smells**

- Can capture any smell in physical space or body
- Can produce any smell in physical space or mind
- Can produce any smell you think, picture, desire, or unwanted to attack
- Pheromones- can attack, defend, kill, cause illness, brainwash, sex desires, think of thought, think of an image, and trigger response which leads to figuring out your controls and doing a lot more
- All smells are stored in the mind and on a hard drive around the world of yours and anyone's of your whole life, of every smell you experience, and take any smell on earth since there is 3d mapping recording all outside world know as earth capturing all smells and everything as we know.

**Vision**

- Blurred
- Mirage when in desert
- Dilated
- Burning
- Crying
- Water eyes
- Camera in eyes
- Invasion of privacy

36

- Buffy eyes
- Force eye movement
- Make eye spilt or eye problems
- Blindness
- Filters on any vision of eye test on regular and a lot of people blind and animals' different filters
- Mirror anything
- Make holograms or construct images
- first-person view in camera
- Video from whole person's life since they were born

### c. Sound in mind and out

- illegal questioning in mind
- Mimic or copy any sound
- Talking in the mind V2k / testing Ai/objects are talking to you / toys/ghost/ufo/pictures/ anything you think of
- Sound Effects in the mind

**Touch/pain in the body**

- Muscles aches
- Headache
- Illegal cruel torture while in jail
- Teeth pain
- Teeth grinding
- Private area pain
- Burring on body or privates

- Burns
- Rashes
- Scrapes
- Bruises are made by this machine set up by people
- Organs move in the body, hurting organs too
- Feel like someone rape them, but really was in their mind, and inside of the mind is real from pulse, and shows up for real setup people
- Back pain
- Walking pain
- Lifting pain
- Head pain
- Any pain in the body (normal person feels nothing)
- Itchy

Verbal commutation Force talk

- Talking to objects
- Talking to the police (forcing your mind to talk voids out remain silent)
- If a person even gets off crimes, they can still be held for danger to the public innocent people should be let go(due to my agreement below, even if government people found out a way for charges to be dropped, they are a bigger danger then any serial killer due them being trained and know too much to hurt public witch danger to the public is on no matter what even if the charges are drop.

**Count 8.**

## Bodily and Mental Torture

53. Plaintiff incorporates as if fully restated all of the allegations previously written, mentioned, pointed out by the Plaintiff.

54. Defendant's conduct was not right throughout the trial towards the plaintiff. The plaintiff was subject to inhuman and unfavorable treatment.

55. Thus the plaintiff is before this honorable court to seek his remedies against:

**Force body movement (guiding)**

- Reflex control
- Controlled movement by what you are triggered by
- By v2k saying it
- Thought control
- Guiding with muscle movement
- Guiding with vein control
- Trigger response
- Hacking device
- Pulling body or sucking with electromagnet
- Our bodies also contain magnet particles that can pull us

**Sex**

- Forced Orgasm
- Tingley feeling in the body or private areas
- Thought to the skull to sex
- Visualization to skull
- Dream of implanting or brainwashing

- Voice to skull
- Touch body trigger
- Smell sensation that triggers sex
- Emotion trigger for sex
- Make girl wet
- Make a guy hard at any time

**Sex dreams – they use sexual emotion, body, brain, Tingley, and pleasure to your brain known as dopamine, which is caused by tingly sensation in private areas that fool your mind. That can control you to make you do anything. This sensation is not normal and people never knew this**

(Brainstorming Movie based on a true story)

Highly tingly in the body or private areas,

see body movement in section P

Wet dreams (Forced orgasms)

Watch the movie sleeper and look for an orgasms machine where you get a forced orgasm, feel better

Research facilities are doing illegal experiments

People were programmed in nightmares/dreams to like being hurt, killed, or raped and fool their minds, and some turned the opposite into killers. People were programmed by sex drive and orgasm / Tingley in sleep or awake

Forced orgasms are wet dreams watch the sleeper movie, and found 2-3 companies that can do this (          ,          )

**Daydreams**

- Where they push construct images or visualization in the mind or you can access this program to dream about your day which knows as imagination, thinking, daydreaming
- Known as ADHD/ ADD see mental illness or control emotions in section J

## COUNT 9:

## TARGETING

56. Plaintiff incorporates as if fully restated all of the allegations previously written, mentioned, pointed out by the Plaintiff.

57. Defendant's conduct was not right throughout the trial towards the plaintiff. The plaintiff was subject to inhuman and unfavorable treatment.

58. Thus the plaintiff is before this honorable court to seek his remedies against:

**Bio Implanted in body and mind in DNA signature.**

**Memories of (mundles to some people)**

- Change memories
- Flashback memories
- Flashback trauma or drugs
- Dreams are captured on video and memories
- Simulation is captures
- All your thoughts, feeling, emotions, and touch memories are captured in the memories of the brain and can be downloaded and feel the emotion again, or touch
- False memories

- Driven cause crimes or stop crimes
- Programming people to change the behavior of a person
- Previous life's that could be real or fake
- someone else memories implanted

**Dreams(You can really remember, but research centers suppress memory's so no one can remember their dreams so they can perform illegal experiments)**

**Nightmares (Freddy Kruger's Movie is based on true stories)**

- Candy Man Movie (Mirror World seeing holograms, they have used this in people's nightmares and Freddy to scare them
- Found studies and proof they killed people in their sleep
- Dreamscape Movie is based on true stories of real government facilities
- Most Serial killers state they had nightmares, that drove them to kill and rape which means they had been programmed or controlled during crimes or before ( also live viewed at the time of watching)
- Texas Chainsaw massacre had nightmares before he turned into a killer.
- People state the Devil is talking to them in nightmares or in their head, which is really a machine known as a microwave weapon.
- Nightmares-of you dyeing a lot and being hurt to make you scared or program to do suicide.
- Dream Catcher came out in the 1960s which protects the dreams they claim.

- Some people were programmed in nightmares/dreams to like being hurt, killed, or raped and fool their minds to enjoy and fantasy about it., and some turned the opposite into killers. They program these people by believing in dreams or brainwashing in their sleep
- Nightmares- of killing people and known as implanting a dream to make people do a crime. Since impulse emotion is driven by sexual

## COUNT 10:
## TARGETING AND DOMESTIC VIOLENCE

59.     Plaintiff intendeds that all of the acts and allegations mentioned hereinbefore and after this count to be considered as reinstated in this count as well.

60.     The plaintiff has been subject to targeting and mal treatment throughout his case and the defendant was not polite towards him. In spite of the fact that the plaintiff was a pro se litigant but the judge has not allowed him to produce his evidence.

61.     Thus the plaintiff is before this honorable court to seek appropriate remedies:

**Not a fair trial and torture during the trial**

- Forced guilty plea
- Forced plea bargain
- Forced not guilty
- Make people confused like jury or witness or judge
- Force the death penalty or more jail or less
- Watching from a person's eyes (live video first-person view) at court trial and before the trail

43

- Listening to lawyer's whole time
- Forced to speak on the stand or lie or truth or scare people do not talk
- Change evidence
- Make person type wrong info
- Make them forget info to put on court papers
- Set Up people big time in the courtroom
- Unfair appeals
- Watch before a parole hearing
- Make thought process in parole let go or keep
- Making a person stuck forever in mental health incrustation by making doctors think they are crazy
- Wrong meds
- Not competent at court trails
- Discovery is not given to all people at the time of trial (lots of evidence hidden)
- Planted evidence in the mind or out
- Thousands to millions of cases were appealed due to them convicted on dreams, and never happen, and still, thousand await in prisons and mental health places around the world to be free, when nothing truly happens, found thousands of cases people lock up on dreams of fake reality. Watch Innocent Man on Netflix a true story, (I Travis D Huss called Innocent man broke the case telling them I found out how these 2 people were set up on dreams) Someday be part 2 of Innocent man with the TRUTH

**Count 11.**

**UNLAWFUR EXERCISE OF POWER**

62.     Plaintiff intendeds that all of the acts and allegations mentioned hereinbefore and after this count to be considered as reinstated in this count as well.

63.     The plaintiff has been subject to targeting and mal treatment throughout his case and the defendant was not polite towards him. In spite of the fact that the plaintiff was a pro se litigant but the judge has not allowed him to produce his evidence.

64.     Thus the plaintiff is before this honorable court to seek appropriate remedies against:

**Force to buy stuff**

- Buying stuff and then it sits
- Buying stuff, you don't need
- Buying stuff think you need
- Overbuying, thoughts tell you to buy it

**Exposure**

- to Radiation (EMF)
- to Radio frequencies
- Adult content
- Disease
- Cancer implanted
- Demantra Implanted
- addiction
- bio pregnant
- given any serious illness

- birth defects
- exposure to projection to increase aging or slow down
- exposure grow more hair or less
- exposure to change your DNA / or hormones in the body

**Deep State (stuck in the mind) these different for each person**

- Known as a dream state or Movie seems like you're in a movie or dream all day and every day
- Drug state of mind experienced every day
- Deep thinking
- Simulated in the mind
- Pressure brain points
- Controlled thinking
- Sleeping problems
- Not their (all over the place) messy
- Forget full
- Can't focus
- Fatigue
- Rashes
- Burns
- Dry skin around and inside the ears and head or private areas

## Count 11

### Unauthorized use of technology

46

65. Plaintiff intendeds that all of the acts and allegations mentioned hereinbefore and after this count to be considered as reinstated in this count as well.

66. The plaintiff has been subject to targeting and mal treatment throughout his case and the defendant was not polite towards him. In spite of the fact that the plaintiff was a pro se litigant but the judge has not allowed him to produce his evidence.

67. Thus the plaintiff is before this honorable court to seek appropriate remedies against:

**Special powers (reasons for testing) – they make their mind believe to see if someone people achieve the power on their own and some people have ai or software that can be hooked up to their brain to have power or DNA medication.**

- Prophets (watchmen) (which can be given to people from this machine or in code in this world or some people say they gain power being tortured they tested in Canada lawsuit claim and Mexico claim the USA already paid out.

- The One" some say were in matrix or simulation or past or movie or predicting software or experiment. This means someone in this matrix or reality, or the fake world has the power to override this world.
- Healing- some people say they can heal,
- People have talked about GOD machine all over which is hidden chosen ones only to people to give a second chance to live (which shows more proof of script or were living in the past if screws happen)

47

- o some people say they saw the future and if they don't die in their timeline death comes for you if you were born before the year 2012, Alive network were other emotions, memories stuff mix with the body without our knowledge which shows up later, know other people living in us, or change behavior

- o Move things with the mind- Can be done with this machine buck electromagnet picking up stuff (which can be programmed to a person)
- o Seeing threw walls- can be done with this machine or programmed to the person or tested illegally on the blind
- o Speed- This machine can make you faster
- o Thinking fast or talking fast- is ADHD which is power if controlled or weak to think faster and observe more. They test people to talk faster and operate faster like a machine, some people are on slow mode, and some people are on fast mode which causes complications for people
- o Read minds (which some can read other thoughts and push in other near others and some say when all were connected on this matrix, some can feel others near or observe them, or touch feel their emotion) It can be done by this machine but also can be taught or person can evolve from testing or have programs attached to the body.

**Switching minds with other people, animals, or robots**

- Illegal cloning without permission.
- Mimic (copy) animals in people.
- Mimic (copy) other people into humans

- Mimic (copy) guys into girls that change behavior to bi or transgender or gay
- Mimic (copy) girls into guys that change behavior to bi or transgender or gay
- Switching entire minds of people into Robots
- Switching the entire mind of AI into people and taking people out
- Bringing entire brain of people back from and switching bodies without them knowing
- Copy smells from other people
- Copy emotions
- Copy pain receptors
- Copy drug feeling
- Copy thought process

## COUNT 12:

## BIAS and Violation of Constitutional (14th amendment) Rights persecution or discrimination

68.    Plaintiff incorporates as if fully restated all of the allegations previously written, mentioned, pointed out by the Plaintiffs.

69.    The plaintiffs has been subject to biasness and discrimination while pursuing his cases. He has been discriminated on the behest of unforeseeable forces. The defendant seemed to be helpless while dealing with the plaintiff's case.

70.    During the trial the defendant has violated various fundamental and constitutional rights of the plaintiffs.

71.    Thus the plaintiffs is before this honorable court.

## PRAYERS/ SUBMISSIONS:

WHEREFORE, Plaintiff, **TRAVIS DUANE HUSS** , demands judgment against the Defendant, favoring Plaintiff in the amounts which will compensate him for all the agonies as this honorable court deems appropriate and allow the relief according to the following submissions:

i. Violation of rights under Title 18 US Code.

ii. Enforce protection act and cease all operations to stop this electronic Harassment, rape, v2k, pain and torture.

iii. Order for the Arrest of responsible persons.

iv. Order for the World Count of money, so every person can get their suitable settlement.

v. Order all the money in freedom countries or starlight counties as one and make new currency for ones that join us to establish freedom to all people.

vi. Cease or stop any microwave attacks.

vii. Cease anything on the body or near the person or property without knowledge in a contact (nonverbal)(must be competent) including:

   a. Cease spying

   b. Cease body injury's or any

   c. Cease experiment's

   d. Cease Stealing

   e. Cease anything on a person's property

   f. Cease controlling thoughts and watching

   g. Cease controlling dreams and watching

   h. Cease controlling emotions and watching

   i. Cease illness

   j. Cease any investigations on all people (every report has 24 hours to follow up, till new report or evidence comes up) Max

if they keep getting stuff one month! If fake reports or fake evidence or tamper charges are drop, this excludes corrupted induvial trying scam

k.  Cease all sting operations (This drives crimes up)

l.  Cease attacking people that are selling drugs. Cruel Torture.

m. Cease all people act like friends, or people acting, or messaging people get a crime or info.

n.  Cease all police harassment, spying, attacking any human.

o.  Cease all government personal on Investigation's, sting operations, and any use of microwave weapon on on electronic magnet.

p.  Cease all electric magnet use of humans!

q.  Cease all electronic torture such as V2k (Voice To Skull), and touching private areas know as electronic rape many have experience. Some people don't even notice they are being touched or raped, (force orgasms, Tingley, being up, or more wet, or and any sensation, or making them do sexual action)

r.  Cease and give up any machines with electromagnet, any videos, emotions, feeling, machines that spy or mind control on people, give that company Protect Your privacy LLC, which protected the people and part game name universe so people can see their past and its protected

s.  Cease and give any other machine see billion years in past given to Protect Your Privacy LLC (knock of years for this device turned in)

t. Cease and give machine that can see in the future and any machine that can see in future.

u. Cease and give all companies, research centers working on projects as outside camera or looking future or past.

v. Cease and give the first computer given or brought here from aliens when got here.

w. Cease and give any alien tech or places found during this time.

x. Cease all projects and give looking back at world in the past and future, all these are ceased by the people and owned by Protect Your Privacy LLC, where people will have chosen and can see truth they are searching for

viii. Arrest Of (Filed a John doe and Proof to arrest with a flash drive of broadcast and data) including:

a. World Government's

b. Illuminati

c. Contractors

d. omnipresent surveillance system

e. Big Brother is watching you

f. Police

g. State Government personal

h. Child services

i. Mental health workers

j. ICAC

k. Homeland

l. Drug units

m. Judges

52

    n. NSA

    o. CIA

    p. Any black ops group

    q. Social Worker

    r. University's

    s. Company's

    t. Bloomberg's

    u. Rockfoils

    v. MkUltra

    w. Cease all money paid to all government personnel during crimes

    x. Cease all money and freeze all states, and countries, with corruption

    y. Take all money earned in bank accounts from personal earned from crimes

    z. Must repay any money earned from settlements

    aa. If have a house or car must take a loan and pay back the government to pay for the suffering.

ix. Take all money in 401k earned from doing crimes.

x. Order to Stop Immediately from Carrying On Illegal, Unlawful, And Unwarranted Chasing, Harassment, Spying, Filming, Investigations And Causing Intimidation And Life Threats To Me And Offer An Apology;

xi. A SUFFERING CODE WILL BE MADE TO DETERMINE EACH PERSON SUFFERING AROUND WORLD, EXHIBITS OF MILLIONS SUFFERING COUNTS TO BE PAID OUT TO PERSON WHICH WILL BANKRUPT EACH STATE AND GOVERNMENT AROUND WORLD. WHICH TRAVIS DUANE HUSS ALREADY HAS PLAN HOW TO FIX

THIS BANKRUPT COUNTRYS AND PAY ALL SUFFERING OWED TO ALL PEOPLE IN WORLD, WHICH THEY WILL NOT STOP FIGHTING TILL ITS PROMISE THIS MONEY WILL BE PAID TO THEM.

xii. ORDER TO START REBORNING HUMANITY THAT WAS KILLED OFF IN THIS invisible war, going backwards! More Details will be given.

xiii. Removal of the defendant from the rest of his legal proceedings and cases.

xiv. Punitive damages intended to reform or deter the Defendant, and of hiss, from engaging in conduct like that which formed the basis of the lawsuit.

xv. Compensatory damages for pain, agony, and suffering of Plaintiff due to prejudicial and biased conduct of Defendant that was especially outrageous against the plaintiff.

xvi. Costs expended herein, including reasonable legal counseling fees and of his legal expenditures.

xvii. Each person in world is subject to fees of 50 percent of monthly settlement to show suffering count, pay outs, and what they controlled in human brain, as emotions, thoughts, video, holograms and very detail of every thought process which takes thousands of years to get to everyone, which code made give pending amount, which is enough proof to start payout to all humanity!

xviii. Cease all operations in microwave weapons known as:

a. electronic torture and electronic harassment

b. DNA signature

c. Gangs talked

d. V2k (voices talk

e. stop all actions listed above your doing

f. Stop all-controlling

g. Stop mind control

h. stop following,

i. Stop Tracking and investigations.

xix.   Pre-judgment and post-judgment interest.

xx. If this honorable court deems it appropriate that to assist it properly the plaintiff needs to amend this complaint to let the plaintiff to amend this complaint and

xxi.   Any and all of his relief to which she may be entitled as it may become part of this Honorable Court's evaluation and judgment.

**DATED** this 7th day of August, 2022

**Submitted by:**

**TRAVIS DUANE HUSS** (Pro Se Plaintiff) & People Of The World

**CERTIFICATE OF SERVICE:**

The plaintiff certifies that she has mailed and delivered his pleading to the office of below-mentioned attorney and to the defendant on the date mentioned in this reply.

Original of this is filed with:
**CLERK OF COURT**

**Submitted by:**

**TRAVIS DUANE HUSS** (Pro Se Plaintiff)

**SCHEDULE A:**

**EXHIBITS:**

**INDEX**

1. Pictures.

2. Data collected on sites

3. Evidence collected

4. Witnesses or Informants

5. Code collected

6. Equipment collected.

7. Any Social Media Groups or People

    a. People signed up

    b. Emails

    c. Private messages

    d. Pictures

    e. Videos

    f. Post

    g. Any data collected on site

8. ProtectYouPrivacy.com & Protect—Your—Freedom.com

    a. People signed up

    b. Emails

    c. Private messages

    d. Pictures

    e. Videos

    f. Post

    g. Any data collected on site

9. YourSocialFreedom.com

    a. People signed up

    b. Emails

    c. Private messages

    d. Pictures

e. Videos

f. Post

g. Any data collected on site

10. Testimony

- Witnesses testimony exhibit or statement

a. In-person/ witness

b. From video

c. From Emails or Chats

d. Phone calls

e. Court records

f. Appels

g. Police records

h. FBI records

i. All Government Records

j. Recorded from Remote Viewing (from our eyes and mind)

k. From social media data (collected)

l. Websites

m. Movies

11. Possession (high visualization in a dream state with machines)

12. Writers Exposed ( high holograms mix with visualization with control).

13. Writers Weyland Corp specialized in advanced technologies, creating and developing several major advancements in the fields of holographic, off-world colonization, FTL travel, cybernetics, transportation, and healthcare. The company's headquarters were located in San Francisco, California, United States.

14.    https://www.youtube.com/watch?v=IGxjMhMMa-g&t=12s

15.    https://www.youtube.com/c/TheTemplinInstitute where they research nations

16.    https://weyland-yutani.proffer.dev

17.    Informants (Police, ICAC, CIA, Illuminati, Congress, Senators, Military,

18.    Flash drive of illegal broadcast live of everyone's life live and past.

19.    Illegal broadcast on a website and the internet is known as a live wire.

20.    Private investigators

21.    Bloomberg statements

22.    Victim statements

23.    Controlled news statements

24.    Evidence collected

25.    ALL PEOPLE WITTNESS

26.    ALL PEOPLE THAT FILLED

27.    INFORMANTS AGAINST THE COUNTRY

28.    Pictures, Data, Video, Illegal board cast, Cell phone tower data, Collect data in the air in such sting rays (but it is advanced know wireless), Ultra-sonic catcher, TV station tower data, Radio tower data, CB tower data, Fake cell phone tower data, Police tower data, FBI tower data, Homeland data and DOJ data.

29.    Military data, National secret data, Illuminati tower data, Satellite data, Weather data, Direct tv data, Website data.

30.    Movies Exhibits Evidence of Movies

i. Possession (high visualization in a dream state with machines)

    1. Writers

ii. Exposed ( high holograms mix with visualization with control)

iii. moonfall ( where show they have a hollow planet made by aliens which is us in the future and has an ark with all DNA everything in the universe each planet and tech and remote viewing from everyone life from the start of time and possible way out simulation or why here or can see in the future due tech light years ahead of

iv. Upload Show Amazon (Show imitates microwave weapon all same as in real life)

v. Matrix

vi. Prometheus

31. Shows

i. The 100 shows

ii. The continuum

iii. The Feed (all can be done in real life and have witnessed and live video proof)

32. Based on a company called https://www.omnipresent.com/about-us and http://www.omnipresenttech.com controlling people and knowing the truth the whole time about hurting people.

33. People are zombies and not themselves and zone out in the Deep state and not use phones or tv and push in simulation and control emotions.

34. This movie is based on if rewind memories came out early, and World was not grouped as one, and how bad it will be before the group as one.

35. Below can happen before a crime, court, in custody, under investigation in jail, research, and under law Illegal cruel torture while in jail.

36. Since the government can pay out full amounts 2 percent of any person government direct contact pay out their settlement and 2 percent be spilt with all people involved.

**CERTIFICATE OF PAYMENT Of Each person Suffering which be added in different motion:**
**WE MADE SOFTWARE TO SCAN EACH EVENT AND BY 1 SECOUND WE GET PAID FOR EACH EVENT;**

1. ALL PROMISE, and agreement, will be paid out and given
2. Monthly settlement for each person must be paid monthly since the government will be bankrupt after these claims.
3. Highest suffering count will be paid most monthly, and so on, till each month until money is gone.
4. Gave government ways to make more money pay out citizens.
5. Monthly pay out can range as. 1,000 to highest 20 billion dollars month in their government cash where crimes were criminated.

6. Settlement Law Firm wants full investigation for each thought, smell, taste, hear, emotion, pain, influence, check all auto code on cell tower, tv stations, CB, and any electronic device puts out signals. This investigation could take hundreds of years.

7. We ask Courts to give pending settlement money out each month, since take hundreds of years for it full investigated. If found emotion, taste, smell, hear, feel, crime, mental health somehow was their own or they were part of corruption at the time, would have to pay back any pending settlement if found not qualify.

8. Full charges to individuals that did human right violation's, electronic torture which means electronic rape, emotions, taste, smell, hearing, vision, holograms, thoughts, inflected pain, and mass control of any human will be charged, and lower crimes if they are willing testify against the government.

**Thank You**
**Travis Duane Huss**
**YourSocialFreedom.com**
**Leader of The Resistance of The World**
**9204287738**
:   YourSocialFreedom.com & settlements.website

**We will be adding more evidence and amendments and Motions**
**Millions more, we ask cease and desist all operation's till this lawsuit**
**it done and turn over all microwave weapons and software to to**
**Travis Duane Huss leader of Resistance and the one that put this**
**lawsuit together for all people in the World!**